```
Total pages: 3
```

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-60343-A-7 |
| | DC No. JES-4 |
| KEVIN & SHARON BOHNER, | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY INTEREST** |
| Debtor(s). | Date: 05/07/2013<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE FREDRICK E. CLEMENT UNITED STATES BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 09/15/2011.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C.§363.

4. Among the assets of this estate is a twenty-five percent

interest in real property located at 42221 North Evergreen, Shaver Lake, CA with a total fair market value of $187,000.00.

    5. The Trustee is informed and believes that a twenty-five percent interest in said real property is also held by Stanley and Betty Bohner. Stanley and Betty Bohner have filed a Chapter 7 proceeding identified as case number 11-17267-B-7, and Robert Hawkins is the Chapter 7 Trustee. The remaining fifty percent interest is held by Corbin Bohner and David Bohner.

    6. The Trustee has obtained an offer from co-owners, Corbin Bohner and David Bohner, to purchase the debtors' interest for the total sum of $7,500.00. The funds have been deposited with the estate.

    7. The sale is subject to existing liens and encumbrances. The Trustee is informed and believes that the property is subject to a lien secured by a deed of trust in favor of Bank of America, in the approximate amount of $57,505.00. As Trustee, I make no warranty, express or implied, regarding the title to the property, and the sale is considered "as is, where is."

    8. In deciding to accept the proposed offer, the Trustee took into consideration his analysis that, if the property were listed for sale, the total equity for fifty percent interest would not exceed $22,000.00. Therefore, the Trustee has taken into account anticipated costs of sale and, a potential adversary proceeding to sell the co-owners' interests, and the debtors' exemption. The Trustee is of the opinion that the sale is fair and equitable.

9. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Corbin Bohner and David Bohner for the total sum of $7,500.00. **Sale is subject to higher and better offer at the hearing on confirmation of said sale**.

DATED: 4/3/13

JAMES E. SALVEN, Chapter 7 Trustee
Movant